United States District Court for The District of Columbia.

Kevin Joseph foti, plaintiff,

v.

Capital Police, John Thune, state of South Dakota, Capital Police Meghan Blasi, Evans, Gallo, (est agents) Capital police, O.N.I., Gaskill, Christensen, Foti, Ahrends Attorney General office Dept of Justice, F.B.I., Cointelpro, Capital Chief of Police, Judge Harvey magistrate Judge District of Columbia Judge Piersoll Southern District of South Dakota. Roger Gerlach, Senate Staffers at Senator Chuck Grassley, Senator John Thune, Senator Lindsey Grahm Staffers, George Johnson EkLund Pochop LLC Gregory South Dakota Ericsen, Christensen, Fergusen LLC South Dakota (Maria Butina foriegn LLC and money funneling to Bosnia Latvia Ukraine panama Banking and Insurance office). Gary Yoder Insurance Company, State farm Insurance Company, Anthony foti, Tina Beekman, John Brennan, Coates, Craig, at Central Intelligence agency. Employees from The J.F.K. Assasination Committe Kramer Koch, Ahrends, Lillian Stearns, Carlo Foti. Arthur Stearns, Bill Stearns, Donald Stearns Bear & Stearns Financial, Authentic Brands Group, Alex Sherman, Green & Salter of Authentic Brands Group.

Complaint.
28 USC § 1331.

Case: 1:19-cv-02122 JURY DEMAND
Assigned To : Unassigned
Assign. Date : 7/12/2019
Description: PRO SE GEN CIV (F-DECK)

Title 42 U.S.C.§ 1983.

2005-2016 we won our Appeal 8th Circuit $41 million Dollars. True fact.

RECEIVED
Mail Room
JUL 12 2019
Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

Judge Amy Berman Jackson and her Staff who took my Complaint prior to Capital police Arresting me. All Arresting officers at the Scene of my Arrest on Plaintiffs Arrest Report. Capital Police Anthony, Blasi, Anderson at the Department of Justice Attorney general Rod Rosenstien, ex FBI Director James Comey, Agents involved in the Beating of the plaintiff. Agent probst, laboto, Agent McCabe. Debbie Stearns Ronald Stearns, Kathy Johnson, Deanna Gilland Johnson, Susie Johnson, Bonnie Gaskill, walter Trail, Mike Fink District Attorney Bridgewater South Dakota. Frank Berka, Karen Berka, Donna Terrebrood.

Defendants.

* I need 71 USM 285 forms for the Defendants please.

71 federal employees. on Complaint.

Comes now Kevin Joseph Foti, Plaintiff in Case No: ____, The Plaintiff Claims he was

1.) Falsely arrested under False Complaint and indictment from Judge Harvey magistrate For F.I.S.A. warrant Judge Contrearas. District of Columbia.

2.) Police maliciously Towed Plaintiffs Porsche 3 Times while in Washington D.C. with Legal Civil Suits Plaintiff won against Lawenforcement in SouthDakota and NewMexico for Breaking Plaintiff's leg Knock out his teeth with FBI Cointel agents Sanchez, Lobato, Probst.

3.) Plaintiff was Beaten and broke his leg Knock out his teeth was in a Coma for 10 days and awoke 10th day.

4.) Plaintiff paid Washington D.C. $640.00 dollars in fictitious Parking tickets. Plaintiffs Porsche was towed 3 times and paid off tickets. Then officer Sanders from Metro Police Department towed my porsche again saying I owed tickets and paid them. Lic# FL4041 Iowa Plates 99 Porsche Boxster Blue. want it out of Washington DC. police Impound.

5). Agents Nick Gallo, Meagahn Blasi, Anthony, Evans, all were involved in the false arrest and Conspired to make plaintiff leave Washington D.C. Because of Being a Sealed J.F.K assasination Committee Files Family member. (fact to witt Carlo Foti, Giacanna, marcello)

6.) Capital police Agents tracked the plaintiff days prior to his arrest before he made a phone call leaving his phone number for Senator John Thune South Dakota to call him over the Beating and the winning the Civil Suit in U.S. District Court Southern Division of South Dakota. Foti v. Gerlach State of South Dakota, 41 million civil suit and won the 8th Circuit appeal.

7.) Plaintiff Drove to washington D.C. after winning his Civil Suit Title 42 1983 in Kevin Foti v. Roger Gerlach South Dakota. and Foti won his 8th Circuit Appeal.

8.) Plaintiff Kevin Joseph Foti Lost his glasses, his Porsche, his legal copies of his won law suit against the Gerlachs and the State of South Dakota. Plaintiff lost his wallett at Capital Police Station and they lost his glasses on purpose they were on the interrogation Room table.

Relief:

The plaintiff Request that the Court Order the FBI agents pay to replace my teeth and my glasses that were in Capital Police Custody Release my 99 porsche Boxster all my personal Belongings in the Car at Blue plains Impound lot.

Arrest Roger Gerlach for Sharon Arvisio McCabe Gary McCabe Andrew McCabe at the Southwest area Task force in Durango, Colorado for Beating me unconcious and putting me In a 10 day Coma. Roger Gerlach was Caught entering an exhibit during trial proceedings then Stealing the buyers order from Clerk Cheryl Miller in McCook County Salem Bridgewater South Dakota Saying it didnt exist and Signed a State memo Saying the State never had the evidence and it did. Judge Piersoll in Souixfalls South Dakota Knew that Gerlach got Caught and hid it from the publication. pay the $41 million Dollars to the K.V.P Viola Foti & plaintiffs Kevin Joseph Foti. Have washington D.C. Crimminal Charges dropped Since we won our cases in South Dakota Newmexico Colorado District of Columbia Law Enforcement FBI agents involved in the cases

arrested for assault, theft, and conspiracy to committ murder, the plaintiff survived the assault and Coma thus coming to washington D.C. to address this terrible assault on human Life.

Capital police in washington D.C. lied and got caught on the Complaint lieing to the Judge Harvey Thus resulting in false arrest. Indictment and false information to a Grand Jury Proceedings. Thus Incacerating the plaintiff who won his Trials and 8th Cir. Appeal.

Plaintiff demands the Case be Tried by a Jury. And Demands $41 million Dollars in Compensatory, Punative, and declatory relief we already won the trial and 8th circuit Appeal. Rico title 18 charges attached Since Origin of Case# CV06-4152 S.D. 8th Circuit. George Johnson Eklund Popchop LLC Ericksen Christensen Ferguson LLC. Ericksen & Maria Butina are already in Jail for stealing not for publication Civil Suits, life insurance Tricare fraud. Richard Bui. Trang Nyguen. defendants

# Certification

By Signing this complaint, I certify that the facts stated in this complaint are true to the Best of my knowledge, information and belief, I understand that if this Certification is not Correct, I may be subject to Sanctions by the Court.

Signed this July day of the 4th, 2019

x Kevin Joseph Foti

x Kevin Joseph Foti

x 91364007

I.D. Number.

x 1425 4th St S.W. M-4.
Washington, DC. 20001

address